IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANNETTE GOODE,**

    Plaintiff,

v.                                                                                         Civil Action No. **3:20CV372**

**CHESTERFIELD JAIL,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 6, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that she must keep the Court informed as to her current address or if she was released. By Memorandum Order entered on July 23, 2020, the Court directed Plaintiff to file a consent to collection of fees form if she wished to continue to litigate this action.

On August 3, 2020, the United States Postal Service returned the July 23, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                     /s/
                                                                    M. Hannah Lauck
                                                                    United States District Judge

Date: August 5, 2020
Richmond, Virginia